UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TIFFANY SMITH,** *on behalf of herself and all others similarly situated* | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:16-CV-00714 |
| v. | ) ) Judge: Hon. Patricia A. Gaughan |
| **STERLING INFOSYSTEMS-OHIO, INC.,** f/k/a Acxion Information Security Services, Inc.; **STERLING INFOSYSTEMS, INC.; and E-VERIFILE.COM, INC.,** | ) ) ) ) **STIPULATION OF VOLUNTARY** ) **DISMISSAL** ) ) |
| Defendants. | ) ) |

So Ordered.
/s/ Patricia A. Gaughan
5/22/17

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tiffany Smith ("Smith") and Defendant e-Verifile.com, Inc. ("e-Verifile"), by and through their undersigned counsel, hereby stipulate to the voluntary dismissal, with prejudice, of Count III of the Amended Complaint (Dkt. #36) against e-Verifile. Counts I and II of the Amended Complaint (Dkt. #36) shall not be affected by this Stipulation of Voluntary Dismissal. This dismissal is without a separate award of attorneys' fees, interest, or costs to any party as between Smith and e-Verifile.

Respectfully submitted,

| | |
|---|---|
| /s/     Matthew A. Dooley | /s/     Henry M. Perlowski |
| Matthew A. Dooley (0081482) | Henry M. Perlowski |
| Anthony R. Pecora (0069660) | Georgia Bar No. 572393 |
| Stephen M. Bosak (0092443) | (*admitted pro hac vice*) |
| 5455 Detroit Road | Megan P. Mitchell |
| Sheffield Village, Ohio 44054 | Georgia Bar No. 916934 |
| **O'TOOLE McLAUGHLIN DOOLEY & PECORA, CO. LPA** | (*admitted pro hac vice*) **ARNALL GOLDEN GREGORY, LLP** |