UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TIFFANY SMITH**, *on behalf of herself and all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**STERLING INFOSYSTEMS-OHIO, INC., STERLING INFOSYSTEMS, INC., and E-VERIFILE.COM, INC.**<br><br>Defendants. | CASE NO. 1:16-cv-714<br><br>JUDGE PATRICIA A. GAUGHAN |

GRANTED.
/s/ Patricia A. Gaughan
7/27/18

### PLAINTIFF'S FINAL STATUS REPORT AND UNOPPOSED MOTION TO CLOSE SETTLEMENT ADMINISTRATION

Plaintiff, by and through Class Counsel, hereby provides the following reporting regarding the administration of the Class Action Settlement in the above-referenced case:

1. The Settlement Administrator mailed checks totaling $109,813.03 to 1,033 Class Members.[1]

2. There were 379 checks voided after remaining uncashed for more 90 days after issuance totaling $24,685.87. Forty-three were reissued totaling $6,813.43.

3. The total amount paid to the Settlement Administrator, American Legal Claim Services, LLC, for administering the Class Action Settlement was $14,404.16.

4. The remaining of funds totaling $3,468.69 were distributed to the Legal Aid Society of Cleveland as a court-approved cy pres beneficiary and the administration account has a zero balance.

---

[1] The complete final reconciliation is attached hereto as Exhibit A.